Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURPLE CHEETAH ENTERPRISES, LLC, a limited liability company doing business as NETZON INTERNET AND THE COMPUTER STORE; and KEVIN WILSON, an individual,<br><br>Defendants. | Case No. EDCV 09-02041 VAP (OPx)<br><br>[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANTS PURPLE CHEETAH ENTERPRISES, LLC DBA NETZON INTERNET AND THE COMPUTER STORE AND KEVIN WILSON |

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS HEREBY ORDERED** that Defendants Purple Cheetah Enterprises, LLC, a limited liability company doing business as "Netzon Internet and The Computer Store" and Kevin Wilson, and their agents, servants, employees, representatives, successors and assignees, and all those acting in concert or participation with them shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other counterfeit distribution of software programs, components, end user license agreements ("EULAs"),

Certificates of Authenticity ("COAs") or items protected by the following Certificate of Copyright Registration Numbers:

    (1)    TX 5-407-055 ("Windows XP Professional");

    (2)    TX 5-837-617 ("Office Professional 2003");

    (3)    TX 5-837-636 ("Office Excel 2003");

    (4)    TX 5-900-087 ("Office Outlook 2003");

    (5)    TX 5-852-649 ("Office PowerPoint 2003");

    (6)    TX 5-837-618 ("Publisher 2003");

    (7)    TX 5-900-088 ("Office Word 2003");

    (8)    TX 5-877-513 ("Business Contact Manager for Outlook 2003");

    (9)    TX 5-901-713 ("Office Access 2003")

~~or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;~~

(b)    engaging in any other activity constituting an infringement of any of Microsoft's copyrights, or of Microsoft's rights in, or right to use or to exploit these copyrights~~, or constituting any dilution of Microsoft's name, reputation, or goodwill~~; and

(c)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (b) above.

**IT IS SO ORDERED.**

DATED: February 18, 2011

HON. VIRGINIA A. PHILLIPS
United States District Judge